THE TRUSTEES OF THE SUSTENTATION FUND OF THE REFORMED EPISCOPAL CHURCH, Respondents, *v.* RICHARD MULLOWNEY et al., Defendants.

HARRY MINTZ, Appellant.

*Trustees* v. *Mullowney,* 50 App. Div. 465, affirmed.

(Argued October 2, 1900; decided October 16, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 1, 1900, modifying and affirming, as modified, an order of Special Term denying the motion of a purchaser at a foreclosure sale to be relieved from his bid and to direct the referee to refund the deposit paid thereon.

A motion to dismiss the appeal herein on the grounds that the relief sought was within the discretion of the court and the order of the Appellate Division final, and that the matter was a "proceeding in the action," and, therefore, not appealable, was submitted prior to the argument of the appeal and denied, without costs.

*John Mulholland* for appellant.

*T. V. W. Anthony* for respondents.

Order affirmed, with costs, and the time for appellant to accept the privilege granted by the Appellate Division extended for twenty days after entry of order hereon; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.